```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


COBRAIN SPARROW,                )
                                )
                                )
            Plaintiff,          )      1:04-CV-6659 OWW SMS
                                )
     v.                         )
                                )
MAZDA AMERICAN CREDIT,          )      ORDER DISMISSING ACTION
                                )      WITH PREJUDICE
                                )
            Defendant           )
_____)


     Pursuant to the stipulation of the parties, this action is
dismissed with prejudice.

Dated: December 2, 2005              /s/ OLIVER W. WANGER
                                     _____
                                     OLIVER W. WANGER
                                     United States District Judge
```

1